**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.N. LBR 9004-1(b)

Kevin G. McDonald, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for M&T BANK

| | |
|---|---|
| In Re:<br><br>Eddie Vasquez aka Edilio Vasquez dba La Imperial Cargo Express Corp.<br><br>                         &amp;<br><br>Ana Antonia De Vasquez aka Ana Vasquez dba La Imperial Cargo Express Corp.<br><br>                     Debtors | Case No: <u>19-13947 JKS</u><br><br>Chapter: <u>13</u><br><br>Judge: John K. Sherwood |

**NOTICE OF APPEARANCE**

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T BANK.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.


Date:03/06/2019                                **/s/ Kevin G. McDonald, Esquire**
                                            Kevin G. McDonald, Esquire
                                            Brian C. Nicholas, Esquire
                                            **KML Law Group, P.C.**
                                            216 Haddon Avenue, Ste. 406
                                            Westmont, NJ 08108
                                            (609) 250-0700 (NJ)
                                            (215) 627-1322 (PA)
                                            FAX: (609) 385-2214
                                            Attorney for Movant/Applicant