Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13947−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eddie Vasquez<br>aka Edilio Vasquez, dba La Imperial Cargo Express Corp.<br>212 61st Street<br>West New York, NJ 07093 | Ana Antonia De Vasquez<br>aka Ana Vasquez, dba La Imperial Cargo Express Corp.<br>212 61st Street<br>West New York, NJ 07093 |

Social Security No.:
  xxx−xx−2268                                            xxx−xx−8395

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/11/19 at 10:00 AM

to consider and act upon the following:

*15* − Motion to Extend Time to File Missing Schedules and Certificate of Service (related document:1 Vol Petition (Chapter 13) filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez) Filed by Ana Antonia De Vasquez, Eddie Vasquez. Objection deadline is 3/15/2019. (Attachments: # 1 Proposed Order) (smz).

*17* − Motion to Extend Time to File Missing Schedules (related document:1 Vol Petition (Chapter 13) filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez) Filed by Ana Antonia De Vasquez, Eddie Vasquez. Objection deadline is 3/20/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (smz)

*18* − Objection to TRUSTEES OBJECTION TO THE MOTION TO EXTENDED TIMETO FILE MISSING SCHEDULES (related document:15 Motion to Extend Time to File Missing Schedules and Certificate of Service (related document:1 Vol Petition (Chapter 13) filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez) Filed by Ana Antonia De Vasquez, Eddie Vasquez. Objection deadline is 3/15/2019. (Attachments: # 1 Proposed Order) (smz). filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez, 17 Motion to Extend Time to File Missing Schedules (related document:1 Vol Petition (Chapter 13) filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez) Filed by Ana Antonia De Vasquez, Eddie Vasquez. Objection deadline is 3/20/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (smz) filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service) (Greenberg, Marie−Ann)

Dated: 3/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court