Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−13947−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eddie Vasquez | Ana Antonia De Vasquez |
| aka Edilio Vasquez, dba La Imperial Cargo Express Corp. | aka Ana Vasquez, dba La Imperial Cargo Express Corp. |
| 212 61st Street | 212 61st Street |
| West New York, NJ 07093 | West New York, NJ 07093 |

Social Security No.:
  xxx−xx−2268                                             xxx−xx−8395

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/11/19 at 10:00 AM

to consider and act upon the following:

*15* − Motion to Extend Time to File Missing Schedules and Certificate of Service (related document:1 Vol Petition (Chapter 13) filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez) Filed by Ana Antonia De Vasquez, Eddie Vasquez. Objection deadline is 3/15/2019. (Attachments: # 1 Proposed Order) (smz).

*17* − Motion to Extend Time to File Missing Schedules (related document:1 Vol Petition (Chapter 13) filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez) Filed by Ana Antonia De Vasquez, Eddie Vasquez. Objection deadline is 3/20/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (smz)

*18* − Objection to TRUSTEES OBJECTION TO THE MOTION TO EXTENDED TIMETO FILE MISSING SCHEDULES (related document:15 Motion to Extend Time to File Missing Schedules and Certificate of Service (related document:1 Vol Petition (Chapter 13) filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez) Filed by Ana Antonia De Vasquez, Eddie Vasquez. Objection deadline is 3/15/2019. (Attachments: # 1 Proposed Order) (smz). filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez, 17 Motion to Extend Time to File Missing Schedules (related document:1 Vol Petition (Chapter 13) filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez) Filed by Ana Antonia De Vasquez, Eddie Vasquez. Objection deadline is 3/20/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (smz) filed by Debtor Eddie Vasquez, Joint Debtor Ana Antonia De Vasquez) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service) (Greenberg, Marie−Ann)

Dated: 3/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 19-13947-JKS
Eddie Vasquez    Chapter 13
Ana Antonia De Vasquez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 18, 2019
                        Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
db/jdb        +Eddie Vasquez,   Ana Antonia De Vasquez,   212 61st Street,   West New York, NJ 07093-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/Text: es191292@aol.com Mar 19 2019 01:19:45      Eddie Vasquez,   212 61st Street,   West New York, NJ 07093-2904
                                                                                                                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:
        Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg     magecf@magtrustee.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                              TOTAL: 3