**RUSSELL L. LOW, ESQ. RLL-4745**
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07601
201-343-4040- Telephone
201-488-5788- Fax
Rbear611@aol.com
Attorneys for the Debtor (s)

|  |  |  |
|---|---|---|
|  | : | THE UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
|  | : |  |
| IN RE: | : | CHAPTER 13 |
|  | : |  |
| Eddie Vasquez, Debtor(s) | : | CASE NO: 19-13947-JKS |
| Ana A. De Vasquez |  | : |
|  | : | **SUBSTITUTION OF ATTORNEY** |
| _____ | : |  |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties herein, that the undersigned attorney be, and he hereby is, substituted as attorney for the Plaintiff in my place and stead.


Dated: April 10, 2019       /s/ RUSSELL L. LOW
                                        **Russell L. Low, Esq - Substituted Attorney for Debtor**


Dated: April 10, 2019       /s/ Eddie Vasquez
                                        **Debtor - Formerly Pro se**

                                        /s/ Ana A. De Vasquez
                                        **Joint Debtor - Formerly Pro se**