Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 19−13947−JKS
                              Chapter:  13
                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eddie Vasquez | Ana Antonia De Vasquez |
| aka Edilio Vasquez, dba La Imperial Cargo Express Corp. | aka Ana Vasquez, dba La Imperial Cargo Express Corp. |
| 212 61st Street | 212 61st Street |
| West New York, NJ 07093 | West New York, NJ 07093 |

Social Security No.:
  xxx−xx−2268                              xxx−xx−8395

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                5/9/19
Time:              08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 11, 2019
JAN: wdh

                                                          Jeanne Naughton
                                                    Clerk, U. S. Bankruptcy Court