Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  19−13947−JKS
          Chapter:  13
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eddie Vasquez<br>aka Edilio Vasquez, dba La Imperial Cargo<br>Express Corp.<br>212 61st Street<br>West New York, NJ 07093 | Ana Antonia De Vasquez<br>aka Ana Vasquez, dba La Imperial Cargo<br>Express Corp.<br>212 61st Street<br>West New York, NJ 07093 |

Social Security No.:
  xxx−xx−2268                               xxx−xx−8395

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                5/9/19
Time:              08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 11, 2019
JAN: wdh

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Eddie Vasquez  
Ana Antonia De Vasquez  
    Debtors

Case No. 19-13947-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Apr 11, 2019  
                  Form ID: 132     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.

```
jdb            +Ana Antonia De Vasquez,    212 61st Street,    West New York, NJ 07093-2904
518052469     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
518174464      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518052472     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:  Caine & Weiner,    PO Box 55848,    Sherman Oaks, CA 91413)
518176271      +CC Holdings,    Attn: Card Services,    PO Box 9201,    Old Bethpage, NY 11804-9001
518052468      +CW Nexus Credit Card Hol,    101 Crossways Park Dr. W,    Woodbury, NY 11797-2020
518078004       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
518052467      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
518052470      +Macys Department Stores,    PO Box 8218,    Mason, OH 45040-8218
518141335       Navient Solutions, LLC. on behalf of,    Ascendium Education Solutions Inc,    PO BOX 8961,
                 Madison, WI 53708-8961
518054170      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
db             +E-mail/Text: es191292@aol.com Apr 12 2019 00:08:40     Eddie Vasquez,    212 61st Street,
                 West New York, NJ 07093-2904
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 00:15:18      Orion,
                 c/o PRA Receivables Management LLC,    POB 41021,    Norfolk, VA 23541-1021
518052475      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 12 2019 00:16:19      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518176272      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 12 2019 00:10:36      Fingerhut,    PO Box 166,
                 Newark, NJ 07101-0166
518176270       E-mail/Text: cio.bncmail@irs.gov Apr 12 2019 00:09:06      IRS,    Special Processing Branch,
                 PO Box 724,    Springfield, NJ  07081
518052474      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Apr 12 2019 00:11:09
                 JH Portfolio Debt,    5757 Phantom Drive,    Ste 225,    Hazelwood, MO 63042-2429
518078358       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2019 00:15:25      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518052464       E-mail/Text: camanagement@mtb.com Apr 12 2019 00:09:27      M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
518052471      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 12 2019 00:09:57      Midland Funding LLC,
                 2365 Northside Drive,    Ste. 300,    San Diego, CA 92108-2709
518052465      +E-mail/PDF: pa_dc_claims@navient.com Apr 12 2019 00:15:22      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
518052473       E-mail/PDF: pa_dc_claims@navient.com Apr 12 2019 00:16:22      Navient,    PO Box 9655,
                 Wilkes-Barre, PA 18773-9655
518102420      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 00:16:18
                 Orion Portfolio Services, LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk VA 23541-1021
518052466      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 00:15:17
                 Portfolio Recover,    120 Corporate Blvd.,    Ste. 100,    Norfolk, VA 23502-4952
518176273      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 12 2019 00:08:30
                 Verizon,    PO Box 408,    Newark, NJ 07101-0408
518052476      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 12 2019 00:10:36      Webbank/Freshstart,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 17
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 11, 2019
                              Form ID: 132             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Eddie  Vasquez rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Russell L. Low    on behalf of Joint Debtor Ana Antonia De Vasquez rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```