Fill in this information to identify your case:

Debtor 1    Eddie Vasquez
　　　　　　 First Name　　　Middle Name　　　Last Name

Debtor 2    Ana Antonia De Vasquez
(Spouse if, filing)　First Name　Middle Name　Last Name

United States Bankruptcy Court for the:　DISTRICT OF NEW JERSEY

Case number    19-13947-JKS
(if known)

Official Form 423
**Certification About a Financial Management Course**　　　　　　　　　　　　12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

**Part 1:** Tell the Court About the Required Course.

You must check one:

■ **I completed an approved course in personal financial management:**
　Date I took the course    06/13/2019
　Name of approved provider    A-123 Credit Counseling ; A-247 Bankruptcy Class, Inc,
　Certificate Number    00927-nj-de-032962149

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** (check one):

　☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

　☐ **Active duty.** I am currently on active military duty in a military combat zone.

　☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

**Part 2:** Sign Here

I certify that the information I have provided is true and correct.

/s/ Eddie Vasquez　　　　　　　　　　　　　　Eddie Vasquez　　　　　　　　　Date June 13, 2019
Signature of debtor named on certificate　　　　Printed name of debtor

Official Form 423　　　　　　　　　　　Certification About a Financial Management Course
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Eddie Vasquez |
| | First Name  Middle Name  Last Name |
| Debtor 2 | Ana Antonia De Vasquez |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 19-13947-JKS |

Official Form 423
## Certification About a Financial Management Course
12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1: Tell the Court About the Required Course.

You must check one:

☒ **I completed an approved course in personal financial management:**

Date I took the course: 06/13/2019  MM/DD/YYYY
Name of approved provider: A-123 Credit Counseling ; A-247 Bankruptcy Class, Inc,
Certificate Number: 00927-nj-de-032962148

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** (check one):

☐ Incapacity.  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ Disability.  My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ Active duty.  I am currently on active military duty in a military combat zone.

☐ Residence.  I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

/s/ Ana Antonia De Vasquez            Ana Antonia De Vasquez     Date June 13, 2019
Signature of debtor named on certificate   Printed name of debtor              MM/DD/YYY

---

Official Form 423
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Certification About a Financial Management Course
Best Case Bankruptcy

Certificate Number: 00927-NJ-DE-032962149

Bankruptcy Case Number: 19-13947



00927-NJ-DE-032962149

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 13, 2019, at 10:44 o'clock AM EDT, EDDIE VASQUEZ completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 13, 2019    By: /s/VALENTINA RAMIREZ for RICHARD A GARCIA

Name: RICHARD A GARCIA

Title: PRESIDENT and INSTRUCTOR

Certificate Number: 00927-NJ-DE-032962148

Bankruptcy Case Number: 19-13947



00927-NJ-DE-032962148

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 13, 2019, at 10:44 o'clock AM EDT, ANA ANTONIA DE VASQUEZ completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 13, 2019

By: /s/VALENTINA RAMIREZ for RICHARD A GARCIA

Name: RICHARD A GARCIA

Title: PRESIDENT and INSTRUCTOR