UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Eddie Vasquez & Ana Antonia  Vasquez,

Debtors.

| | |
|---|---|
| Case No.: | 19-13947-JKS |
| Chapter: | 13 |
| Hearing Date: | 7/25/2019 |
| Judge: | Sherwood |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion for Relief re: 212 61st Street, West New York, NJ (Docket # 34)

_____

Date: 7/24/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*