Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−13947−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eddie Vasquez
aka Edilio Vasquez, dba La Imperial Cargo
Express Corp.
212 61st Street
West New York, NJ 07093

Ana Antonia De Vasquez
aka Ana Vasquez, dba La Imperial Cargo
Express Corp.
212 61st Street
West New York, NJ 07093

Social Security No.:
xxx−xx−2268

xxx−xx−8395

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
Debtor and Joint Debtor was entered on December 23, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 23, 2019
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Eddie Vasquez
Ana Antonia De Vasquez
        Debtors

Case No. 19-13947-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 2            Date Rcvd: Dec 23, 2019
                               Form ID: 148           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
jdb           +Ana Antonia De Vasquez,    212 61st Street,    West New York, NJ 07093-2904
518174464     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518052472     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court:  Caine & Weiner,    PO Box 55848,    Sherman Oaks, CA 91413)
518176271     +CC Holdings,   Attn: Card Services,    PO Box 9201,    Old Bethpage, NY 11804-9001
518054170     +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/Text: es191292@aol.com Dec 24 2019 00:50:58      Eddie Vasquez,    212 61st Street,
               West New York, NJ 07093-2904
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:14      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: PRA.COM Dec 24 2019 04:53:00      Orion,    c/o PRA Receivables Management LLC,    POB 41021,
               Norfolk, VA 23541-1021
518052469      EDI: BANKAMER.COM Dec 24 2019 04:53:00      Bank of America,    PO Box 982238,
               El Paso, TX 79998
518052468     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 24 2019 00:56:24
               CW Nexus Credit Card Hol,    101 Crossways Park Dr. W,    Woodbury, NY 11797-2020
518078004      E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 24 2019 00:56:23
               CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
518052475     +EDI: CAPITALONE.COM Dec 24 2019 04:53:00      Capital One,    PO Box 30281,
               Salt Lake City, UT 84130-0281
518052467     +EDI: CHASE.COM Dec 24 2019 04:53:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
518176272     +EDI: BLUESTEM Dec 24 2019 04:58:00      Fingerhut,    PO Box 166,    Newark, NJ 07101-0166
518176270      EDI: IRS.COM Dec 24 2019 04:53:00      IRS,    Special Processing Branch,    PO Box 724,
               Springfield, NJ  07081
518052474     +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Dec 24 2019 00:53:34
               JH Portfolio Debt,    5757 Phantom Drive,    Ste 225,    Hazelwood, MO 63042-2429
518078358      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:56:07      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518233644      E-mail/Text: camanagement@mtb.com Dec 24 2019 00:51:42      M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
518052464      E-mail/Text: camanagement@mtb.com Dec 24 2019 00:51:42      M&T Bank,    PO Box 900,
               Millsboro, DE 19966
518052470     +EDI: TSYS2.COM Dec 24 2019 04:53:00      Macys Department Stores,    PO Box 8218,
               Mason, OH 45040-8218
518221897     +EDI: MID8.COM Dec 24 2019 04:53:00      Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
518052471     +EDI: MID8.COM Dec 24 2019 04:53:00      Midland Funding LLC,    2365 Northside Drive,    Ste. 300,
               San Diego, CA 92108-2709
518052465     +EDI: NAVIENTFKASMSERV.COM Dec 24 2019 04:53:00      Navient,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
518052473      EDI: NAVIENTFKASMSERV.COM Dec 24 2019 04:53:00      Navient,    PO Box 9655,
               Wilkes-Barre, PA 18773-9655
518141335      E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 24 2019 00:51:02
               Navient Solutions, LLC. on behalf of,    Ascendium Education Solutions Inc,    PO BOX 8961,
               Madison, WI 53708-8961
518102420     +EDI: PRA.COM Dec 24 2019 04:53:00      Orion Portfolio Services, LLC,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
518220380      EDI: PRA.COM Dec 24 2019 04:53:00      Portfolio Recovery Associates, LLC,
               C/Ocapital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
518233630      EDI: PRA.COM Dec 24 2019 04:53:00      Portfolio Recovery Associates, LLC,
               c/o New York & Company,    POB 41067,    Norfolk VA 23541
518233639      EDI: PRA.COM Dec 24 2019 04:53:00      Portfolio Recovery Associates, LLC,
               c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
518052466     +EDI: PRA.COM Dec 24 2019 04:53:00      Portfolio Recover,    120 Corporate Blvd.,    Ste. 100,
               Norfolk, VA 23502-4952
518176273     +EDI: VERIZONCOMB.COM Dec 24 2019 04:53:00      Verizon,    PO Box 408,    Newark, NJ 07101-0408
518052476     +EDI: BLUESTEM Dec 24 2019 04:58:00      Webbank/Freshstart,    6250 Ridgewood Road,
               Saint Cloud, MN 56303-0820
                                                                                       TOTAL: 28

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Dec 23, 2019
                             Form ID: 148              Total Noticed: 33

518226569*      +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
518220390*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,
                  C/Ocapital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541)
518220425*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,
                  C/Ocapital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541)
                                                                      TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Eddie  Vasquez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Ana Antonia De Vasquez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7
```