Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−13947−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eddie Vasquez | Ana Antonia De Vasquez |
| aka Edilio Vasquez, dba La Imperial Cargo Express Corp. | aka Ana Vasquez, dba La Imperial Cargo Express Corp. |
| 212 61st Street | 212 61st Street |
| West New York, NJ 07093 | West New York, NJ 07093 |

Social Security No.:
  xxx−xx−2268                                       xxx−xx−8395

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 3, 2020</u>            <u>John K. Sherwood</u>
                                              Judge, United States Bankruptcy Court